UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: : Chapter 13

KIMBERLY BARKLEY : Bankruptcy Number: 15-10753 JKF

Debtor :

**ORDER**

AND NOW, this 2nd day of December, 2015, having considered the Debtor's Expedited Motion for Leave to Re-File Chapter 13 Bankruptcy and Invoke the Automatic Stay as to the Debtor's Subsequent Bankruptcy Filing, and the objections of Foreclosed Assets Sales and Transfer Partnership and the Chapter 13 Trustee, and after a hearing thereon, it is hereby ORDERED that Debtor's Motion is DENIED.

BY THE COURT

_____
Hon. JEAN K. FITZSIMON
BANKRUPTCY JUDGE

Interested Counsel:

Kimberly Barkley
819 Caledonia Street
Philadelphia, PA 19128
***Debtor***

CLAIR STEWART, ESQUIRE
100 S Broad Street #1523
Philadelphia PA 19110
***Counsel for Debtor***

WILLIAM C. MILLER, ESQ.
Chapter 13 Trustee
111 South Independence Mall
Suite 583
Philadelphia, PA 19106
***Trustee***

United States Trustee
Office of the U.S. Trustee
833 Chestnut Street
Suite 500
Philadelphia, PA 19107
***U.S. Trustee***